JOSHUA GONZALEZ

PRO-SE

2434 SEVENTEENTH AVENUE NORTH

SAINT PETERSBURG, FLORIDA 33713-4904

JOSHUA.GONZALEZ-ECF@PROTON.ME

+ 0 1 3 1 8 2 2 5 6 8 1 3

PLAINTIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT, MICHIGAN 48226**

JOSHUA GONZALEZ,

PLAINTIFF(S),

v.

STAKE, LLC, SWEEPSTEAKS
LIMITED, ET. AL.

DEFENDANT(S).

Case: 2:26−cv−11442
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 4/30/2026
CMP GONZALEZ V. STAKE, LLC et al(tt)

**COMPLAINT**

PLAINTIFF; 28 APRIL 2026

**COMESNOW**, THE PLAINTIFF, JOSHUA GONZALEZ, IN PROPRIA PERSONA, AND ENTERS THIS CAUSE OF ACTION PURSUANT TO *CYBERSECURITY INCIDENT LIABILITY ACT, ILLEGAL GAMBLING BUSINESS ACT*, INTER ALIA. IN SUPPORT THEREOF, THE PLAINTIFF STATES THE FOLLOWING:

-1-

COMPLAINT

THE ABOVE-REFERENCED CAUSE OF ACTION HAS BEEN ESTABLISHED AS A DIRECT RESULT OF THE DEFENDANT(S) PURPORTED TACTICS OF DECEPTION, UNLAWFUL AND UNSAFE OPERATION OF AN ONLINE DIGITAL GAMING PLATFORM IDENTIFIED BY THE DOMAIN NAME, STAKE.US.

THE DEFENDANT(S) INDUCE CONSUMERS, INCLUDING THE PLAINTIFF, JOSHUA GONZALEZ, TO PARTICIPATE IN AN ONLINE GAMING SYSTEM WHILE CONCEALING THEIR VERY MALICIOUS NATURE. IN FACT, THIS PARTICULAR COMPANY CONCEALS MATERIAL INFORMATION, MANIPULATES EXISTING LAWS THAT GOVERN FEDERAL AND STATE STATURE, COMPROMISES DATA INTEGRITY, FAILS TO MAINTAIN ADEQUATE DISPUTE MANAGEMENT, AND BLATANTLY STEALS FINANCES DIRECTLY FROM CONSUMERS WITHOUT ANY SOURCE OF ACCOUNTABILITY OR REDRESS.

THE PLAINTIFF CONTENDS THAT THE ABOVE-REFERENCED DEFENDANT(S) HAVE FAILED TO MAINTAIN INDUSTRY LEADING STANDARDS THAT WOULD OTHERWISE BE DESIGNED TO PROTECT THE INTEREST, IDENTIFICATION, OR OTHER ASSOCIATED MATTERS FROM VULNERABILITIES TO ATTACK. IT IS WITH THIS VERY FAILURE

-2-

COMPLAINT

TO REMEDIATE APPARENT VULNERABILITIES THAT DIMINISH THE INFRASTRUCTURE OF STAKE OFFERING ITS EXCLUSIVE GAMES AS EFFORTLESSLY PENETRABLE MODULES. UPON EFFORTS TO ADDRESS THESE VULNERABILITIES, DESPITE THE LACK OF FORMAL QUALIFICATION, THE ORGANIZATION WAS COMMERCIALLY UNREASONABLE IN TERMS OF RESOLUTION AND OFFERED ONLY RELUCTANCE IN ANY MATTERS OF ARBITRATION.

THE PLAINTIFF SEEKS RELIEF IN TERMS OF DAMAGE(S) IMPOSED BY THE ORGANIZATION WHERE JUSTICE SO DEEMS IT APPROPRIATE. THE DECEIT HAS COMPELLED THE INTEREST OF MANY GOVERNMENTAL AGENCIES AND TO-DATE HAVE INTRODUCED NO ADEQUATE RESOLVE.

THE UNITED STATES DISTRICT COURT MAINTAINS FEDERAL JURISDICTION OVER THE DEFENDANT(S) AND THE DAMAGE(S) THAT HAVE OCCURRED TO AN AMERICAN CITIZEN WITHIN THE BOUNDS OF THE UNITED STATES OF AMERICA. THE DEFENDANT(S) ARE AN UNLAWFUL OPERATION, IPSE DIXIT, THE EASTERN DISTRICT OF MICHIGAN MAINTAINS "JUDICIAL DISTRICT" IN ACCORDANCE WITH THE DICTATES OF THE UNITED STATES CODE *TITLE 28 SECTION § 1391.*

COMPLAINT

THE PLAINTIFF ASSERTS THAT HIS INITIAL INVOLVEMENT WAS A DIRECT RESULT OF REFERRING SOURCE HTTPS://FREECASH.COM/ WHO INTRODUCES THE PATHWAY TO THIS UNLAWFUL ONLINE CASINO PROMOTING IT AS A LEGITIMATE, FAIR, SECURE, AND APPROPRIATE OPERATION FOR CONSUMER USE. HOWEVER, THIS HAS FALLEN SHORT OF ANY SATISFACTORY WHEN THE OBSERVED MISCONDUCT AND IRREGULARITIES BEGAN TO TAKE EFFECT.

ON INFORMATION THAT THE DEFENDANT(S), STAKE.US, FAILED TO MAINTAIN REASONABLE SAFEGUARDS TO PROTECT CONSUMERS AND THE DIRECT IMPACT FROM MALICIOUS ACTIVITIES, THE PLAINTIFF EXHAUSTED EFFORTS TO COMPLY WITH THE ORGANIZATION FOR ANY CORRECTIVE ACTION. IT BEGAN APPARENT THESE WERE THE INTENTIONS OF THE DEFENDANT(S) AT HAND AND THEY SOUGHT ONLY TO DEVELOP A STRATEGIC POSITION OF DEFENSE RATHER THAN IMPLEMENT SAFETY MEASURES TO PROTECT THEIR CORPORATE INTEGRITY WITH PROPER PROTOCOLS.

UPON FURTHER REVIEW, IT IS APPARENT THE PRINCIPLE OF BUSINESS IS THE DIRECT CAUSE OF THIS DISTRESS AND OTHER CONSEQUENTIAL DAMAGES. ACCOUNTABILITY IS PRIME, AS THE

COMPLAINT

DEFENDANT(S) OWE A DUTY TO EXERCISE REASONABLE CARE IN DESIGNING, DEVELOPING, AND MAINTAINING OR MONITORING THE SERVICES ADMINISTERED TO THE GENERAL PUBLIC. IN FAILING TO PROVIDE REASONABLE CYBERSECURITY, INVESTIGATE AND MAINTAIN INTERNAL PRESERVATION, AND PROVIDE ACCURATE AND NECESSARY CONSUMER ACCOUNT DATA OR FINANCES UPON DEMAND, THE CONDUCT BECOMES SO SEVERELY CARELESS THAT IT IS SUBJECT TO THE DETERMINATION OR PERCEPTION OF RANSOMWARE, A CRIMINAL FREEZE OR LOCK THAT DEMANDS PAYMENT TO RESTORE ACCESS.

FURTHERMORE, INTERNATIONAL FINANCIAL CHANNELS, OR INTERSTATE METHODS, LEVERAGED TO PROCESS BETS, PAYOUTS, CRYPTOCURRENCY, OR OTHER FORMS OF CURRENCY EXCHANGES WHICH ARE STRICTLY PROHIBITED BY LAW MAY CONSTITUTE A VIOLATION OF *RICO*. SPECIFICALLY, AS A GLOBAL ILLEGAL ONLINE GAMBLING ENTERPRISE WHOSE PATTERN OF ACTIVITIES MEET THE ELEMENTS OF FEDERAL CRIMINAL LAW SUCH AS *18 U.S.C. § 1962* AND *18 U.S.C. § 1955*, JUSTICE IS REQUIRED TO DETERMINE THE FACTUAL FINDINGS AND LEGAL JUSTIFICATIONS TO PROVIDE INJUNCTIVE RELIEF, HANC FINEM. THEREBY, THE UNITED STATES DISTRICT

COMPLAINT

COURT MAINTAINS JURISDICTION, REF. *18 U.S. CODE § 1964*, TO ENFORCE AND REMEDY ANY VIOLATIONS OF THE *ORGANIZED CRIME CONTROL ACT (1970), SEE. RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (1970).*

THEREUPON, THE PLAINTIFF SEEKS TO RESOLVE THE ABOVE-REFERENCED MATTERS THROUGH THE MOTION OF SUMMARY JUDGMENT, SO AS TO AVOID UNNECESSARY EXPENDITURE OF GOVERNMENTAL RESOURCES, AND TO ENSURE THE EFFICIENT PROTECTION OF OTHER UNNAMED CONSUMER(S) WHO, ON HISTORICAL SHOWINGS, ARE ACTIVELY BEING HARMED BY THE ALLEGED UNLAWFUL ACTIVITIES OF THE DEFENDANT(S). THE PLAINTIFF CONTENDS THERE ARE NO GENUINE DISPUTABLE FACTS OF MATERIAL THAT WOULD OTHERWISE BE ESTABLISHED WARRANTING ONGOING RECOURSE AND LITIGATION, COMPELLING THE INTEREST OF A UNANIMOUS JURY IN THESE ARRANGEMENTS; SEE. INJUNCTIVE RELIEF.

**WHEREFORE**, IN LIGHT OF THE FOREGOING, THE PLAINTIFF, JOSHUA GONZALEZ, APPEARING IN ONES OWN CHARACTER, REQUESTS OF THE UNITED STATES DISTRICT COURT TO EXERCISE JURISDICTION

OVER THE MATTERS AT HAND, PROVIDING RELIEF WHERE JUSTICE SO DEEMS IT PROPER. THE PLAINTIFF REQUEST(S) OF THE EASTERN DISTRICT OF MICHIGAN TO ENFORCE THE DEMAND OF **$48,500 (USD)**, SUBJECT TO ADDITUR, AS BEING DUE FROM THE DEFENDANT(S), AND REQUESTS OF THE UNITED STATES FEDERAL GOVERNMENT TO EXERCISE THE LAWFUL SEIZURE OF DIGITAL RESOURCES ASSOCIATED WITH STAKE.US / STAKE.COM WHERE JUSTICE MAY DEEM ACTION PROPER TO PROTECT TO WELFARE OF THE OVERALL GENERAL PUBLIC, ECONOMY, AND GAMING INDUSTRY.

/SS/ JOSHUA GONZALEZ

PRO-SE

2434 SEVENTEENTH AVENUE NORTH

SAINT PETERSBURG, FLORIDA 33713-4904

+ 0 1 3 1 8 2 2 5 6 8 1 3

JOSHUA.GONZALEZ-ECF@PROTON.ME

I, **JOSHUA GONZALEZ**, HEREBY DECLARE, UNDER THE PENALTIES IMPOSED BY THE LAWS WHICH GOVERN THE DISTRICT COURTS OF THE UNITED STATES IN RESPECT TO PERJURY, THAT I HAVE BOTH REVIEWED AND PROVIDE CONSENT THAT THE AFOREMENTIONED IS BELIEVED TO BE MADE BOTH IN TRUTH AND CORRECT, ACCORDING TO MY KNOWLEDGE. I AM AWARE THAT KNOWINGLY PROVIDING FALSE INFORMATION CARRIES BOTH CRIMINAL AND CIVIL PENALTIES TO BE DETERMINED BY JUSTICE IN ACCORDANCE WITH APPLICABLE LAW. [JG; 28 APRIL 2026]

-7-

COMPLAINT

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joshua Gonzalez

**DEFENDANTS**
Stake.us, Sweepsteaks LTD, et. al.

**(b)** County of Residence of First Listed Plaintiff  Pinellas County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  San Diego County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-Se; 2434 Seventeenth Avenue North Saint Petersburg, Florida 33713-4401

Attorneys *(If Known)*
Stake, LLC; 1136 Loma Avenue, Suite 205, Coronado, California 92118

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability ☐ 367 Health Care/ | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Pharmaceutical Slander Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability ☐ 368 Asbestos Personal ☐ 340 Marine Injury Product ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 460 Deportation ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle ☐ 371 Truth in Lending | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability ☐ 380 Other Personal | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | ☐ 360 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | Injury ☐ 385 Property Damage | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | ☐ 362 Personal Injury - Product Liability | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 791 Employee Retirement | | ☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | Income Security Act | **FEDERAL TAX SUITS** | Act |
| ☐ 220 Foreclosure | ☐ 441 Voting ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | 26 USC 7609 | Act/Review or Appeal of |
| ☐ 245 Tort Product Liability | Accommodations ☐ 530 General | | | Agency Decision |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of |
| | Employment **Other:** | ☐ 462 Naturalization Application | | State Statutes |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Cybersecurity Incident Liability Act; Illegal Gambling Business Act    Consumer Protection
Brief description of cause:
Willful Noncompliance that Facilitates Unlawful activities, breach of Security, and Federal obligations

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 48,500.00 (USD)
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 30 April 2026
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____