UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA GONZALEZ,

        Plaintiff,

v.

STAKE, LLC, SWEEPSTAKES
LIMITED, et al.,

        Defendants.

_____/

Case No. 26-cv-11442
Honorable Linda V. Parker

### ORDER OF DISMISSAL WITHOUT PREJUDICE AND DENYING PENDING MOTIONS AS MOOT

Plaintiff filed a Complaint in this Court on April 30, 2026.  The fee for filing a civil lawsuit in federal district court is $350, plus "such additional fees . . . as are prescribed by the Judicial Conference of the United States."  28 U.S.C. § 1914(a).  Currently, those additional fees are $55.00.  *See https://perma.cc/GDW6-YBTG.*  Thus, the total filing fee currently required is $405.00.  A plaintiff unable to pay the filing fee may move for leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915.

When he filed this lawsuit, Plaintiff neither paid the filing fee nor filed an appropriate application to proceed IFP.  While he did file a "Motion for Waiver of Fees and Court Costs" (*see* ECF No. 2), Plaintiff provided no information in that motion or elsewhere to show that paying the filing fees is beyond his means.

Therefore, on May 5, 2026, this Court issued an order requiring Plaintiff to *inter alia* complete the form IFP application within fourteen days.[1]  (ECF No.8.)  The Court warned Plaintiff that the "[f]ailure to file a completed and signed form, or to pay the filing fee, by the deadline will result in the dismissal of this action without prejudice."  (*Id*. at PageID.36.)

The time for correcting the deficiency has lapsed, and Plaintiff has failed to pay the filing fee or file an IFP application.  Plaintiff instead has filed a motion for remote participation (ECF No. 7) and a motion to appoint counsel (ECF No. 9).

Accordingly, the Complaint **DISMISSED WITHOUT PREJUDICE**. Plaintiff's pending motions are **DENIED AS MOOT**.  If Plaintiff wishes to refile his Complaint, he may do so, provided he pays the required fee or applies for and is granted leave to proceed IFP.

**SO ORDERED**.

Date:  May 27, 2026                                    s/LINDA V. PARKER
                                                                U.S. DISTRICT JUDGE

---

[1] The Court also concluded that Plaintiff's Complaint failed to satisfy Federal Rule of Civil Procedure 8(a).  (ECF No. 8.)  Therefore, the Court also ordered him to file an amended complaint within 21 days.  (*Id*. at PageID.36.)

2

3

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 27, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

3