UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA GONZALEZ,

       Plaintiff,

                                 Case No. 26-cv-11442

v.                              Honorable Linda V. Parker

STAKE, LLC and
SWEEPSTEAKS LIMITED,

       Defendants.
_____/

## ORDER DENYING APPLICATION TO PROCEED ON APPEAL WITHOUT PREPAYING FEES OR COSTS (ECF NO. 22)

On April 30, 2026, Plaintiff filed a pro se Complaint against Defendants. (ECF No. 1.)  Plaintiff also filed a "Motion for Waiver of Fees and Court Costs," which was docketed as an application to proceed in forma pauperis ("IFP").  (ECF No. 2.)  On May 5, 2026, the Court issued an opinion and order denying without prejudice Plaintiff's request to proceed IFP and required him to file an amended complaint, as his original pleading failed to satisfy Rule 8 of the Federal Rules of Civil Procedure.  (ECF No. 8.)  The deadlines for Plaintiff to file the required IFP application and amended complaint were April 19 and May 26, 2026, respectively.

After Plaintiff failed to file either document by the deadline provided, the Court entered an order summarily dismissing his complaint without prejudice on May 27, 2026.  (ECF No. 11.)  Thereafter, Plaintiff filed several motions, but no

proper IFP application or amended pleading.[1]  He did file a notice of appeal and a

motion to proceed IFP on appeal.  (Nos. 19, 22.)  His appeal is frivolous, however.

Therefore, pursuant to 28 U.S.C. § 1915(a)(3), this Court certifies that the appeal

may not be taken in forma pauperis because it is not taken in good faith.

Accordingly,

**IT IS ORDERED**, that Plaintiff's application to proceed in forma

pauperis on appeal (ECF No. 22) is **DENIED**.

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: July 15, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of
record and/or pro se parties on this date, July 15, 2026, by electronic and/or U.S.
First Class mail.

s/Aaron Flanigan
Case  Manager

---

[1] On June 29, 2026, Plaintiff did file an amended motion to waive fees.  (ECF No.
18.)  However, the Court instructed Plaintiff to complete the District's required IFP
application.  In any event, his amended motion still was insufficient to inform the
Court of the information needed to assess his eligibility for IFP status.